UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

**WARRINER TAPPER LLC,**

    **Plaintiff,**                                        **CIVIL ACTION**

vs.                                                  **CASE NO:**

**LEXINGTON INSURANCE
COMPANY,**                                   **NOTICE OF REMOVAL**

    **Defendant.**

**TO THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA,
PANAMA CITY DIVISION:**

    Pursuant to 28 U.S.C. §§ 1332, 1441, and 1446, Defendant LEXINGTON INSURANCE COMPANY ("Defendant" or "Lexington") gives notice of removal of the above captioned action, Case Number 2019-CA-002006, pending in the Circuit Court of the Fourteenth Judicial Circuit in and for Bay County, Florida, and hereby removes this action to the United States District Court for the Northern District of Florida, Panama City Division. In support of this Notice of Removal, LEXINGTON provides as follows:

1.     On or about June 6, 2019, Plaintiff WARRINER TAPPER LLC ("Plaintiff") filed a Summons and Complaint bearing Case Number 2019-CA-002006 in the Circuit Court of the Fourteenth Judicial Circuit in and for Bay County,

Florida.

2. Lexington was served with Plaintiff's Summons and Complaint on or about June 19, 2019, after service was made on the Chief Financial Officer of the State of Florida on June 17, 2019. A copy of the letter from the Chief Financial Officer of the State of Florida is attached hereto as Exhibit "A."

3. The United States District Court for the Northern District of Florida, Panama City Division, is the Court embracing the place wherein such action is pending in state court.

4. This removal is effected and has been timely filed within one (1) year after commencement of the action and within thirty (30) days after Lexington received service of Plaintiff's Summons and Complaint.

5. This Court has jurisdiction over this matter and it is properly removed to this Court pursuant to 28 U.S.C. §§ 1332, 1441, and 1446.

6. Pursuant to 28 U.S.C. § 1446 (a), a copy of all pleadings filed in the record of the state court action are attached hereto as Exhibit "B."

7. Plaintiff, Warriner Tapper LLC, is a Florida Limited Liability Company with a principal place of business in Port St. Joe, Gulf County, Florida.

8. David P. Warriner, a citizen of the state of Florida who resides at 1601 Constitution Drive, Port St. Joe, Florida, 32456 and Patricia Tapper-Warriner, a citizen of the state of Florida who resides at 1601 Constitution Drive, Port

St. Joe, Florida 32456 are members of Warriner Tapper LLC, based on publically available sources of information.

9. Defendant Lexington Insurance Company is a Delaware corporation and maintains its principal place of business in Boston, Massachusetts.

10. This action is properly removed to this Court pursuant to 28 U.S.C. §§ 1332 and 1441, in that all properly joined and served parties are of diverse citizenship and the amount in controversy exceeds $75,000.00, exclusive of interest and costs.

11. Plaintiff alleges that Lexington issued insurance Policy Number 67144859 to Plaintiff to insure the property located at 108 29th Street South, Mexico Beach, Bay County, Florida 32456 (the "Policy"). (*Plaintiff's Complaint at ¶ 4*).

12. Plaintiff alleges that Lexington breached the insurance contract by failing and/or refusing to fully compensate Plaintiff for amounts owed under the terms and conditions of the Policy (*Plaintiff's Complaint at ¶ 15 and 21*), and that "Defendant and its agents have failed and/or refused to properly investigate the loss, and have failed and/or refused to tender all insurance proceeds due and owing to the Plaintiff under the Policy." (*Plaintiff's Complaint at ¶ 16*).

13. Plaintiff alleges that the amount in controversy exceeds $15,000 and

submitted, via their public adjuster Neil Levitt, with Your Public Adjuster, Inc., a Sworn Proof of Loss and an estimate to Defendant in the amount of $571,394.36.  A copy of Plaintiff's Estimate and Sworn Proof of Loss is attached hereto as Exhibit "C".

14. As Plaintiff seeks recovery for extensive damage to his insured property, and in addition seeks reimbursement of attorney fees pursuant to § 627.428, Florida Statutes (*Plaintiff's Complaint at ¶ 28*), it appears to a reasonable probability that the amount in controversy exceeds $75,000, exclusive of costs and interest.  See, *Kotchman v. State Farm Mut. Auto. Ins. Co.*, 2015 U.S. Dist. LEXIS 153918 (M.D. Fla. 2015) (district courts are permitted to make "reasonable deductions" and "reasonable inferences" in determining whether the case meets federal jurisdictional requirements).

15. Pursuant to 28 U.S.C. § 1446(d), Plaintiff is being provided with a copy of this Notice of Removal and a copy of this Notice of Removal is being filed with the Clerk of the Circuit Court of the Fourteenth Judicial Circuit in and for Bay County, Florida.

16. Pursuant to Rule 11 of the Federal Rules of Civil Procedure, undersigned counsel hereby certify that they have read the foregoing Notice of Removal, that to the best of their knowledge, information, and belief formed after reasonable inquiry, it is well-grounded in fact and is warranted by existing

law or a good faith argument for the extension, modification, or reversal of existing law, and that it is not interposed for any improper purpose.

17. By filing this Notice of Removal, Lexington does not waive, and hereby reserves all defenses and objections to Plaintiff's Summons and Complaint including, but not limited to, failure to state a claim, lack of personal jurisdiction, improper venue and/or insufficiency of service of process.

**WHEREFORE**, Defendant LEXINGTON INSURANCE COMPANY respectfully requests that this Court assume full jurisdiction over the cause herein as provided by law. This Court has jurisdiction over the dispute because all properly joined parties are completely diverse and the jurisdictional amount has been met. Dated: July 9, 2019.

>    Respectfully submitted,
>
>    CLAUSEN MILLER, P.C.
>
>    By:    /s/ Anne E. Kevlin
>    Anne E. Kevlin, Esq., FBN: 930970
>    4830 West Kennedy Blvd., Suite 600
>    Tampa, Florida 33609
>    Tel: (813) 509-2578
>    Primary Email: akevlin@clausen.com
>    Secondary: hcarbonell@clausen.com
>    anewell@clausen.com
>    *Attorneys for Defendant, Lexington Insurance Company*