# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PANAMA CITY DIVISION

WARRINER TAPPER LLC,

    Plaintiff,

vs.                                          CASE NO: 5:19cv197-MCR/MJF

LEXINGTON INSURANCE COMPANY,

    Defendant.
_____/

## NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

Plaintiff, WARRINER TAPPER LLC, by and through undersigned counsel, pursuant to Rule 1.420(a)(1), hereby gives notice of voluntary dismissal of the above-captioned action with prejudice.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on November 5th, 2019, a true and correct copy of the foregoing has been furnished via electronic mail to Thomas Moody, Esquire.

                                            **CONSTABLE LAW, P.A.**

                                            /s/ *James S. Constable*
                                            James S. Constable, Esquire
                                            Florida Bar No. 68522
                                            Allison Freeman, Esquire
                                            Florida Bar No. 69539
                                            CONSTABLE LAW, P.A.
                                            139 6th Ave. South
                                            Safety Harbor, FL 34695
                                            Telephone: 727-797-0100
                                            lit@constable-law.com
                                            **Attorneys for Plaintiff**